# EXHIBIT C

Ballard Spahr LLP

2000 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2119
TEL 612.371.3211
FAX 612.371.3207
www.ballardspahr.com

Charles E. Nelson
Tel: 612.371.2438
Fax: 612.371.3207
nelsonc@ballardspahr.com

May 18, 2026

*Via U.S.P.S. and E-mail (support@onalytica.com)*

Onalytica Inc.
Attn: CEO
535 5th Avenue, Floor 4
New York, NY 1007-8020

Re: Agreement for Provision of Services dated September 23, 2025

**Notice of Default and Demand for Cure**

**PLEASE BE ADVISED** that this law firm has been retained by Acumatica, Inc. ("Acumatica") with respect to the Agreement for the Provision of Services dated September 23, 2025 (the "Services Agreement"), by and between Acumatica and Onalytica, Inc. ("Onalytica") and the associated Acumatica – Influencer & Onalytica Payment Quote (the "Passthrough Agreement" and together with the Services Agreement, the "Agreement") dated June 5, 2025, wherein Onalytica agreed to, among other things, "hold and facilitate payments" for $50,000 worth of invoicing and to "pay influencers within 30 days of invoices being paid and receipt of the influencer invoice …"

***Onalytica is in Default***

Please be further advised that Onalytica is in default of the Agreement for the following reasons (collectively, the "Defaults"):

1. Onalytica recently informed Acumatica of its intent to cease operations and commence a liquidation proceeding. Any such proceeding is a default pursuant to § 10.3 of the Servies Agreement.

2. Onalytica has failed to provide Acumatica services pursuant to the Services Agreement in an amount not less than $148,750.00. This is a material breach of the Key Deliverables, as defined in the Services Agreement, and grounds to terminate the Agreement pursuant to § 10.4 of the Services Agreement.

3. Despite payment by Acumatica to Onalytica of $50,000.00 pursuant to the Passthrough Agreement, Acumatica was required to pay Influencers an amount of $47,126.00 for services procured by Onalytica pursuant to the Services Agreement,

and for which Onalytica should have paid pursuant to the Passthrough Agreement. This is a material breach of the Passthrough Agreement and grounds to terminate the Agreement pursuant to § 10.4 of the Services Agreement.

All told, Onalytica owes Acumatica an amount not less than **$195,876.00** (the "Default Amount").

***Demand for Cure and Termination***

By this letter, Acumatica hereby demands that Onalytica cure the Defaults by either providing the services as required by the Agreement or paying to Acumatica the Default Amount. Failure to do so within 30 days of the date of this letter will result in termination of the Agreement without further notice pursuant to § 10.3 of the Services Agreement.

***Reservation of Rights***

Nothing in this letter shall be construed to waive any default or breach of the Agreement, whether or not presently known, limit any right, remedy, or power of Acumatica pursuant to the Agreement and at law, including, without limitation, Acumatica's right to pursue legal action seeking a judgment against Onalytica for all amounts due to Acumatica pursuant to the Agreement, all of which such rights, remedies and powers are expressly reserved.

Very truly yours,



Charles E. Nelson

CEN