**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

Acumatica, Inc.,

Plaintiff,

vs.

Onalytica Inc.,

Defendant.

--------------------------------------------------------------X

Case No. 26-cv-6062 (SHS)

~~[PROPOSED]~~ **DEFAULT JUDGMENT**

This action having been commenced on July 17, 2026, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, Onalytica Inc., on July 20, 2026 by a process server through serving Alma G.—Defendant's Officer Manager and a person authorized to accept service on Defendant's behalf—and a proof of service having been filed on July 21, 2026, and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, ~~it is:~~ and a Clerk's Certificate of Default having been issued on August 19, and a notice of motion for default judgment having been served on defendant, and no one appearing on October 8, 2026, the return date of that motion; it is

ORDERED, ADJUDGED AND DECREED: That judgment is hereby entered in favor of Plaintiff Acumatica, Inc. and against Defendant Onalytica Inc. in the amount of $195,876.00, plus $22,578 in attorneys' fees.

Dated: New York, New York
October 8, 2026

[signature]
SIDNEY H. STEIN
UNITED STATES DISTRICT JUDGE